IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENZEL ARTHUR THOMAS WILLIAMS,** : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 2:25-cv-6299-JDW |
| : | |
| **OFFICER ROBERT RAWLEY,** *et al.*, : | |
| Defendants. : | |

## ORDER

AND NOW, this 12th day of December, 2025, upon consideration of Plaintiff Denzel Arthur Thomas Williams's Motion to Proceed *In Forma Pauperis* (ECF No. 6), it is **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that Plaintiff's Motion For Leave To File An Amended Complaint (ECF No. 7) is **GRANTED**. The Clerk of Court shall docket ECF No. 7-1 as the Amended Complaint in this case. The Amended Complaint is **DEEMED** filed.

It is **FURTHER ORDERED** that, for the reasons stated in the accompanying Memorandum, the Amended Complaint is **DISMISSED** as follows:

a. All claims based on a violation of the First Amendment, as well as claims against the Pennsylvania State Police and Avondale Police Department are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim;

b.  The Fourteenth Amendment due process claim seeking the return of Mr. Williams's property is **DISMISSED WITHOUT PREJUDICE**, and Mr. Williams can pursue the return of his property in state court if he chooses; and

c.  The Fourth Amendment claims against Officer Rawley and the City of Avondale, and to the extent any are raised against Blittersdorf's Towing & Recovery, are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

The Clerk of Court shall **TERMINATE** the Pennsylvania State Police and the Avondale Police Department as Defendants in this matter.

It is **FURTHER ORDERED** that Williams may file a second amended complaint on or before January 16, 2026, as to the Fourth Amendment claims **only**. Any second amended complaint must identify all defendants in the caption in addition to identifying them in the body of the second amended complaint and shall state the basis for Mr. Williams's claims against each defendant. **The second amended complaint shall be a complete document that does not rely on the initial Complaint, Amended Complaint, or other papers filed in this case to state a claim. When drafting his second amended complaint, Mr. Williams should be mindful of my reasons for dismissing the claims in his Amended Complaint, as explained in the accompanying Memorandum. Mr. Williams may not reassert claims or name Defendants that I have**

**dismissed with prejudice.** Upon the filing of a second amended complaint, the Clerk shall not make service until I so order.

The Clerk of Court shall send Mr. Williams a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action bearing the civil action number for this case. Mr. Williams may use this form to file his second amended complaint if he chooses to do so.

If Mr. Williams does not wish to amend and instead intends to stand on his Amended Complaint as originally pled, he may file a notice with the Court on or before January 16, 2026, stating that intent, at which time the Court will issue a final order dismissing the case. Any such notice should be titled "Notice to Stand on Amended Complaint," and shall include the civil action number for this case.

If Mr. Williams fails to file any response to this Order, I will conclude that he intends to stand on his Amended Complaint and will issue a final order dismissing this case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**