IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENZEL ARTHUR THOMAS WILLIAMS, : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 2:25-cv-06299-JDW |
| : | |
| OFFICER ROBERT RAWLEY, *et al.*, : | |
| Defendants. : | |

### ORDER

AND NOW, this 29th day of January, 2026, upon consideration of *pro se* Plaintiff Denzel Arthur Thomas Williams's Second Amended Complaint (ECF No. 11), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Second Amended Complaint (ECF No. 11) is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

The Clerk of Court shall mark this case closed.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**